# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DESMOND CHECOTHA JONES, | No. ED CV 11-1739-JST (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| BOARD OF PAROLE HEARINGS, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: June 26, 2012

_____
HONORABLE JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE